IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARISA MCGINNIS, as Administratrix of the Estate of RAYMOND MCGINNIS | : : : | CIVIL ACTION |
| v. | : : | NO. 3:21-CV-38 |
| ELI PEKICH, JR., et al. | : : | Hon. Kim R. Gibson |

**PETITION FOR LEAVE
TO SETTLE OR COMPROMISE SURVIVIAL ACTION**

NOW COMES Petitioner, Clarisa McGinnis, as Administratrix of the Estate of Robert Zacatelco, by and through her attorneys, and respectfully states as follows:

1. Petitioner Clarisa McGinnis late wife of deceased Plaintiff Raymond McGinnis and the Administratrix of his Estate.

2. On April 22, 2019, Plaintiff's decedent Raymond McGinnis suffered a traumatic injury to his right foot when he fell down the concrete front exterior stairs of his residence after the handrail snapped when he tried to use it to balance himself.

3. Defendants denied liability for the accident and argued that Mr. McGinnis' injuries were due to his own negligence.

4. The injury he suffered eventually resulted in a below the knee amputation of his right leg on May 25, 2019, weeks after the accident.

5. The causal link between the accident and Mr. McGinnis' eventual amputation was also contested during litigation, and Defendants' experts argued that the amputation was the result of Mr. McGinnis' pre-existing diabetes.

6. Mr. McGinnis' medical bills were paid by the Pennsylvania Department of Human Services, who asserted a lien of $81,091.61 against any recovery. *See DHS statement of*

claim – Exhibit "A".

7. During the course of litigation and prior to his death, Mr. McGinnis sold a portion of his interest in the instant claim to US Claims, which is owed $13,940 pursuant to their agreement. US Claims has since agreed to accept $10,000 to satisfy the agreement. *See letter from US Claims – Exhibit "B".*

8. Mr. McGinnis unfortunately passed away during the pendency of litigation, on July 12, 2022. *See Certificate of Death – Exhibit "C".*

9. Mr. McGinnis died intestate, and was survived by his wife, Petitioner Clarisa McGinnis.

10. On February 23, 2023, Petitioner was granted Letters of Administration as the Administratrix of the Estate of her late husband. *See Letters of Administration – Exhibit "D".*

11. On September 1, 2023, the Petitioner agreed to settle the claims against Defendants for $140,000 after several hours of mediation.

12. There are no other assets in the estate other than the survival action proceeds.

13. Counsel is of the professional opinion that the proposed settlement is reasonable due to the many factual issues surrounding liability and the causal link between the incident and Mr. McGinnis' eventual amputation.

14. Section 3323 of Pennsylvania's Probate, Estates, and Fiduciaries Code requires court approval of any settlement involving claims brought on behalf of or against an estate. *See* 20 Pa. Stat. and Cons. Stat. § 3323(a)

15. Counsel has incurred expenses of $35,960.65 to date, for which reimbursement is sought. *See summary of costs in proposed Schedule of Distribution – Exhibit "E".*

16. Pennsylvania DHS has agreed to reduce its lien to $28,686.34 based on the terms

of the settlement agreement. *See DHS reduction letter – Exhibit "F"*.

17. Counsel has agreed to reduce the attorneys' fee to $40,353.01, less than 30% of the net settlement.

18. Mr. McGinnis was not a Medicare beneficiary. *See screenshot from CMS website (a formal CMS letter has been requested and will be supplemented upon receipt if necessary) – Exhibit "G"*.

WHEREFORE, Petitioner respectfully requests leave to enter into the settlement as recited above and distribute the proceeds by entering the proposed Order of Distribution attached hereto.

Respectfully Submitted,

**LOWENTHAL & ABRAMS, P.C.**

By: */s/ Timothy J. Ryan*
TIMOTHY J. RYAN, ESQUIRE
555 East City Avenue
Suite 500
Bala Cynwyd, PA 19004
610-667-7511 / 610-667-3440 fax
tryan@lowenthalabrams.com
Counsel for Plaintiff

Date: 10/04/23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND MCGINNIS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 3:21-CV-38 |
| ELI PEKICH, JR., IRINA MIKITYANSKAYA, E&M PROPERTIES, E&M PROPERTIES, LLC, and JOHN/ JANE DOE OWNER/MAINTAINER OF 268 CYPRESS AVE JOHNSTOWN, PA 15902 | : : : : : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing along with supporting documents was served on all parties this day by electronic filing and/or email and/or United States First Class Mail:

       Samuel G. Dunlop, Esquire
       Thomas, Thomas & Hafer
       US Steel Tower
       600 Grant Street, Suite 2600
       Pittsburgh, PA 15219
       *Counsel for Defendants*

                                              Respectfully Submitted,

                                              **LOWENTHAL & ABRAMS, P.C.**

By:    */s/ Timothy J. Ryan*
           TIMOTHY J. RYAN, ESQUIRE
           555 East City Avenue
           Suite 500
           Bala Cynwyd, PA 19004
           610-667-7511 / 610-667-3440 fax
           tryan@lowenthalabrams.com
           Counsel for Plaintiff

Date: 10/04/23

COMMONWEALTH OF PENNSYLVANIA
BUREAU OF PROGRAM INTEGRITY
DIVISION OF THIRD PARTY LIABILITY
RECOVERY SECTION
PO BOX 8486
HARRISBURG, PA 17105-8486

**August 29, 2023**

**STATEMENT OF CLAIM SUMMARY**

| | |
|---|---|
| NAME | MCGINNIS, RAYMOND |
| ID | 002 058 373 |

**UPDATE TO PREVIOUS SOC DATED 01/07/2022**

| MEDICAL | USUAL CHARGES | AMT APPROVED |
|---|---|---|
| PREVIOUS SOC | 545,915.31 | 171,770.81 |
| CURRENT SOC | .00 | .00 |
| PRIOR REIMB/ADJ | | (90,679.20) |
| TOTAL | 545,915.31 | 81,091.61 |

| CASH | PERIOD COVERED | DOLLAR AMOUNT |
|---|---|---|
| PREVIOUS SOC | -- | .00 |
| CURRENT SOC | -- | .00 |
| TOTAL | | .00 |

| | |
|---|---|
| REIMBURSEMENT TO DHS | 81,091.61 |



PLAINTIFF'S EXHIBIT

A

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF HUMAN SERVICES
EIN - 23-6003113

| DATE : 08/29/2023 | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| | DEPARTMENT OF HUMAN SERVICES |

**PAYMENT NOTICE BREAKDOWN**

| NAME | MCGINNIS, RAYMOND |
|---|---|
| ID | 002 058 373 |

| USUAL CHARGE | 545,915.31 |
|---|---|

| MEDICAL | FEE FOR SERV | ENCOUNTER | REDUCTION | TOTAL |
|---|---|---|---|---|
| INPATIENT | .00 | 154,885.97 | (91,606.35) | 63,279.62 |
| OUTPATIENT | .00 | 38,665.19 | (20,853.20) | 17,811.99 |
| LONG TERM CARE | .00 | .00 | .00 | .00 |
| TOTAL | .00 | 193,551.16 | (112,459.55) | 81,091.61 |

| CASH | AMOUNT | | REDUCTION | TOTAL |
|---|---|---|---|---|
| -- | .00 | | .00 | .00 |

| GRAND TOTAL | 81,091.61 |
|---|---|



September 7, 2023

Gary Solomon, Esquire
Lowenthal & Abrams, P.C. (Bala Cynwyd Office)
Via Email: gary@lowenthalabrams.com

Re: Raymond McGinnis
Reference#: CON00421339

To Whom It May Concern,

This will confirm that USClaims agrees to reduce its lien in the above client's case proceeds. In an effort to work cooperatively with you and to bring this claim to its conclusion, USClaims will accept the following:

| | |
|---:|:---|
| Total Amount Presently Due: | $13,940.00 |
| Less USClaims Discount: | $ 3,940.00 |
| **Discounted Amount Due USC:** | **$10,000.00 good until October 7, 2023** |

| **PAYMENT BY CHECK:** | **PAY BY WIRE TRANSFER:** |
|---|---|
| **Check Payable to:** USClaims | **Bank Name:** Wells Fargo Bank |
| **Please Include Reference#:** CON00421339 | **Bank ABA:** 121000248 |
| **USPS Mailing Address:**<br>Post Office Box 789867<br>Philadelphia, PA 19178-9867 | **Account #:** 4298292491 |
| | **Account Name:**<br>Collectio I Lockbox SPV, LLC |
| **Overnight Mailing Address:**<br>Lockbox Services 789867<br>MAC Y1372-045<br>401 Market Street<br>Philadelphia, PA 19106 | **Bank Address:**<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| | **Reference#:** CON00421339 |

Please note that payments sent to our lockbox account are automatically deposited. Payments received for less than the amount due are accepted as partial payment only, even if marked "payment in full" or language of similar import, and shall not discharge the obligation to pay USClaims in full.

Do not hesitate to contact me if you have any questions or require additional information at (800) 717-1000 or payoff@usclaims.com.

Sincerely yours,

*Priya Singh*
Payoff Analyst

V11 08.17.2023

 At Last! Enjoy funding with low fees, a 2x cap*, and an experienced team that does all the legwork for you.

**FUNDING SIMPLIFIED**    easy@usclaims.com | (877) USCLAIMS

1625 S. Congress Avenue, Suite 200B, Delray Beach, FL 33445 | Toll free: (800) 717-1000 | Fax: (888) 4...
*2x cap may not be applicable for all types of cases and/or jurisdictions.



PLAINTIFF'S EXHIBIT B

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
### WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 29177029**
Certification Number

*David E Barbos*
Local Registrar

**JUL 15 2022**
Date Issued

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: **377861-2022**

1. Decedent's Legal Name: **Raymond McGinnis**
2. Sex: **Male**
3. Social Security Number: **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**
4. Date of Death: **July 12, 2022**
5a. Age-Last Birthday (Yrs): **50**
6. Date of Birth: **August 17, 1971**
7a. Birthplace: **Johnstown, Pennsylvania**
7b. Birthplace (County): **Cambria**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street and Number): **401 Cypress Avenue**
8c. Did Decedent Live in a Township? **No, decedent lived within limits of Johnstown**
8d. Residence (County): **Cambria**
8e. Residence (Zip Code): **15902**
9. Ever in US Armed Forces? **No**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **Clarissa Smith**
12. Father/Parent's Name: **Raymond Leroy McGinnis**
13. Mother/Parent's Name Prior to First Marriage: **Susan Lee Freeman**
14a. Informant's Name: **Clarissa McGinnis**
14b. Relationship to Decedent: **Spouse**
14c. Informant's Mailing Address: **401 Cypress Avenue Johnstown, PA 15902**
15. Place of Death: **Decedent's Home**
15b. Facility Name: **401 Cypress Avenue**
15c. City or Town, State, and Zip Code: **Johnstown, Pennsylvania 15902**
15d. County of Death: **Cambria**
16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **July 15, 2022**
16c. Place of Disposition: **Cremation Solutions**
16d. Location: **Northern Cambria, Pennsylvania**
17a. Signature of Funeral Service Licensee: *Daniel B Kennedy (Electronically Signed)*
17b. License Number: **FD138885**
17c. Name and Complete Address of Funeral Facility: **Moskal & Kennedy Funeral Home, 219 Ohio Street Johnstown, Pennsylvania 15902**

18. Decedent's Education: **High school graduate or GED completed**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **White**
21. Decedent's Single Race Self-Designation: **White**
22a. Decedent's Usual Occupation: **Handyman**
22b. Kind of Business/Industry: **Self Employed**

23a. Date Pronounced Dead: **July 12, 2022**
24. Time of Death: **Pronounced 07:53 PM**
25. Was Medical Examiner or Coroner Contacted? **Yes**

### CAUSE OF DEATH

26. Part I.
a. IMMEDIATE CAUSE: **Cardiac Arrhythmia** — Approximate Interval Onset to Death: **Seconds**
b. Due to: **Probable Septic Shock** — **Month**
c. Due to: **Diabetes Mellitus** — **Years**
d.

27. Was an autopsy performed? **No**
28. Were autopsy findings available to complete the cause of death? 
30. Did Tobacco Use Contribute to Death? **No**
31. Manner of Death: **Natural**

38. Certifier: **Pronouncing & Certifying**
Signature of certifier: *Joseph A Hribar (Electronically Signed)*
Title of certifier: **Deputy Coroner**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **Joseph Hribar, 110 Franklin Street Suite 600 Johnstown, Pennsylvania 15901**
39c. Date Signed: **July 13, 2022**
40. Registrar's District Number: **56-806**
41. Registrar's Signature: *David Barbas (Electronically Signed)*

Disposition Permit No. **E522200**

**PLAINTIFF'S EXHIBIT C**



Register of Wills of CAMBRIA County, Pennsylvania
Certificate of Grant of Letters



No. 1123-00238

ESTATE OF  MCGINNIS RAYMOND
(LAST, FIRST, MIDDLE)

Late of  JOHNSTOWN CITY,
CAMBRIA COUNTY,

Deceased

Social Security No. 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

WHEREAS, MCGINNIS RAYMOND , late of JOHNSTOWN CITY
(LAST, FIRST, MIDDLE)
CAMBRIA COUNTY , died on the 12th day of July 2022; and

WHEREAS, the grant of letters of administration _____ is required for the administration of the estate.

THEREFORE, I, CINDY PERRONE , Register of Wills in and for the County of CAMBRIA , in the Commonwealth of Pennsylvania, have this day granted Letters of Administration _____ to MCGINNIS CLARISA

who has duly qualified as administrator(rix) _____ of the estate of the above named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my Office at CAMBRIA COUNTY COURT HOUSE, EBENSBURG, PENNSYLVANIA.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my Office on the 23rd day of February 2023.

*Cindy Perrone*
Register of Wills

*Melissa M. Marunin*
Deputy

**PLAINTIFF'S EXHIBIT D**

# PETITION FOR GRANT OF LETTERS

## REGISTER OF WILLS OF

## CAMBRIA COUNTY, PENNSYLVANIA

Petitioner(s) named below, who is/are 18 years of age or older, apply(ies) for Letters as specified below, and in support thereof aver(s) the following and respectfully request(s) the grant of Letters in the appropriate form:

## Decedent's Information

Name: Raymond McGinnis  
a/k/a: _____  
a/k/a: _____  
a/k/a: _____  
Date of Death: 7/12/2022

File No: 11-23-238  
(Assigned by Register)

Social Security No: 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  
Age at death: 50

**Decedent was domiciled** at death in Cambria County, Pennsylvania *(State)* with his/her last principal residence at 401 Cypress Ave, Johnstown, PA 15902 — Johnstown City — Cambria
<br>Street address, Post Office and Zip Code    City, Township or Borough    County

Decedent died at 401 Cypress Ave, Johnstown, PA 15902
<br>Street address, Post Office and Zip Code    City, Township or Borough    County    State

Estimate of value of decedent's property at death:

| | | |
|---|---|---|
| *If domiciled in Pennsylvania*................................ All personal property | $ | 0.00 |
| *If not domiciled in Pennsylvania*........................... Personal property in Pennsylvania | $ | |
| *If not domiciled in Pennsylvania*........................... Personal property in County | $ | |
| Value of real estate in Pennsylvania....................................................... | $ | 0.00 |
| TOTAL ESTIMATED VALUE.... | $ | 0.00 |

Real estate in Pennsylvania situated at: _____
<br>*(Attach additional sheets, if necessary.)*    Street address, Post Office and Zip Code    City, Township or Borough    County

☐ **A. Petition for Probate and Grant of Letters Testamentary**
Petitioner(s) aver(s) he/she/they is/are the Executor(s) named in the last Will of the Decedent, dated _____ and Codicil(s) thereto dated _____

State relevant circumstances *(e.g. renunciation, death of executor, etc.)*

Except as follows: after the execution of the instrument(s) offered for probate Decedent did not marry, was not divorced, was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g), and did not have a child born or adopted; and Decedent was neither the victim of a killing nor ever adjudicated an incapacitated person.

☐ NO EXCEPTIONS ☐ EXCEPTIONS _____

☑ **B. Petition for Grant of Letters of Administration** *(If applicable)* _____
<br>*c.t.a., d.b.n., d.b.n.c.t.a., pendente lite, durante absentia, durante minoritate*

**If Administration, *c.t.a.* or *d.b.n.c.t.a.*, enter date of Will in Section A above and complete list of heirs.**

Except as follows: Decedent was not a party to a pending divorce proceeding wherein the grounds for divorce had been established as defined in 23 Pa. C.S. § 3323(g) and was neither the victim of a killing nor ever adjudicated an incapacitated person.

☑ NO EXCEPTIONS ☐ EXCEPTIONS  For litigation purposes only.

Petitioner(s), after a proper search has/have ascertained that Decedent left no Will and was survived by the following spouse (if any) and heirs *(attach additional sheets, if necessary)*:

| Name | Relationship | Address |
|---|---|---|
| Clarisa McGinnis | Wife | 271 Cypress Ave, Apt 2, Johnstown, PA 15902 |
| | | |
| | | |

# Oath of Personal Representative

COMMONWEALTH OF PENNSYLVANIA } SS:
COUNTY OF Cambria }

Official Use Only
11-23-238

| Petitioner(s) Printed Name | Petitioner(s) Printed Address |
|---|---|
| Clarisa McGinnis | 271 Cypress Ave, Apt 2, Johnstown, PA 15902 |
|  |  |
|  |  |
|  |  |

The Petitioner(s) above-named swear(s) or affirm(s) the statements in the foregoing Petition are true and correct to the best of the knowledge and belief of Petitioner(s) and that, as Personal Representative(s) of the Decedent, the Petitioner(s) will well and truly administer the estate according to law.

Sworn to or affirmed and subscribed before me this 23 day of February, 2023
By: _Cindy Perrone_
For the Register

_Clarisa McGinnis_ Date 2/23/2023
_____ Date _____
_____ Date _____
_____ Date _____

BOND Required: [ ] YES [✓] NO
FEES:

| | |
|---|---|
| Letters ..................... $ | 50.00 |
| ( 3 ) Short Certificate(s)...... | 15.00 |
| (   ) Renunciation(s)......... | |
| (   ) Codicil(s).............. | |
| (   ) Affidavit(s)............ | |
| Bond......................... | |
| Commission.................. | |
| Other _____ ....... | |
| _____ ....... | |
| _____ ....... | |
| _____ ....... | |
| _____ ....... | |
| _____ ....... | |
| Automation Fee............... | 10.00 |
| JCS Fee..................... | 40.25 |
| TOTAL..................... $ | 115.25 |

Issued: February 27, 2023 BK
Receipt#2047204

To the Register of Wills:
Please enter my appearance by my signature below:

Attorney Signature: _M_

Printed Name: Gary Solomon, Esquire
Supreme Court
ID Number: 52730

Firm Name: Lowenthal & Abrams
Address: 555 City Line Ave
Suite 500
Bala Cynwyd, PA 19004

Phone: 610-667-7511
Fax: 610-667-3440
Email: gary@lowenthalabrams.com

## DECREE OF THE REGISTER

**Estate of** Raymond McGinnis
a/k/a: _____

**File No:** 11-23-238

AND NOW, __February 23rd__, __2023__, in consideration of the foregoing Petition, satisfactory proof having been presented before me, **IT IS DECREED** that Letters of Administration are hereby granted to Clarisa McGinnis in the above estate ~~and for applicable that~~ ~~the xxxxxxxxxxxxxxx~~ ~~described in the Petition admitted to probate and filed of record as the last Will (and Codicil(s) of Decedent~~

_Cindy Perrone_
Register of Wills

Form RW-02 rev. 10/11/2011

Page 2 of 2

JEFFREY P. LOWENTHAL
DENNIS M. ABRAMS*
JAMES B. MOGUL**
GARY SOLOMON**
REGINA M. McILVAINE**
LISA R. SCHWARTZ**
JACQUELINE MORGAN
JOHN L. ARIS**
MARGARET E. QUINLAN**
ESTHER M. GALLAGHER, M.D.***
ANITA L. PITOCK**
MICHAEL W. LANDIS**
EDWARD M. GRANT**
JARED I. SHAVITZ**
TIMOTHY J. RYAN**
BROOKE HANLEY GRANT**

\* ALSO MEMBER NJ, CA, NY, WV BAR
\*\* ALSO MEMBER NJ BAR
\*\*\* ALSO MEMBER NJ, NY, FL BAR

INJURY ATTORNEYS

**Lowenthal & Abrams, P.C.**

SUITE 500
555 CITY LINE AVENUE
BALA CYNWYD, PENNSYLVANIA 19004

(610) 667-7511
FAX (610) 667-3440
web address: www.LowenthalAbrams.com

BALA CYNWYD, PA
CENTER CITY PHILA, PA
HARRISBURG, PA
PITTSBURGH, PA
ERIE, PA
CHERRY HILL, NJ
EAST BRUNSWICK, NJ
NEW YORK, NY

CALL TOLL FREE
(800) 876-LAWYER

## SCHEDULE OF DISTRIBUTION

**CLIENT:** CLARISA McGINNIS on behalf of RAYMOND McGINNIS

**FILE NO:** 806.141

**STATUTE OF LIMITATIONS:** 4/22/2021

| | | | | |
|---|---|---|---|---|
| GROSS PROCEEDS OF SETTLEMENT | | | $ | 140,000.00 |
| LESS ATTORNEY'S FEE OF | $46,666.67 reduced to | | - | 40,353.01 |
| INITIAL DISTRIBUTION TO CLIENT: | | | $ | 99,646.99 |
| LESS LITIGATION COSTS/EXPENSES: | | | - | 35,960.65 |
| Accident Investigative Services | investigative work | 388.00 | | |
| ACRP, Inc | | 107.47 | | |
| CIOX Health | medical records | 497.38 | | |
| Pennsylvania Western District | filing of Complaint | 402.00 | | |
| Register of Wills Cambria Co | to raise estate | 115.25 | | |
| Darwin Eton MD | expert | 4,758.00 | | |
| Expert Institute | expert search | 984.85 | | |
| Fleisher Forensics | expert | 10,830.00 | | |
| Hampton by Hilton | attorney travel | 220.89 | | |
| LexisNexis | legal research | 20.00 | | |
| New England Med-Legal Cons | expert search | 850.00 | | |
| noblemediation, LLC | mediator | 810.00 | | |
| Sargent's Court Reporting | court reporting | 833.10 | | |
| Parking and tolls | attorney travel | 111.60 | | |
| Uber for client | | 12.90 | | |
| Vascular Consulting, LLC | expert | 12,375.00 | | |
| Veritext | court reporting | 2,581.25 | | |
| United Parcel Service | shipping charges | 62.96 | | |
| Total Costs and Expenses* | | $35,960.65 | | |
| **CLIENT'S SHARE OF PROCEEDS** | | | $ | 63,686.34 |
| Less U.S. Claims payoff | $13,940 reduced to | | - | 10,000.00 |
| Less DHS lien | $81,091.61 reduced to | | - | 28,686.34 |
| **NET DISTRIBUTION TO CLIENT:** | | | $ | 25,000.00 |

PLAINTIFF'S EXHIBIT E

Client agrees that any medical or other bills not specifically listed above are the responsibility of the client. Client authorizes the law firm of Lowenthal & Abrams, P.C. to endorse the settlement award check so that distribution may be expedited and to avoid sending a negotiable instrument through the mail. A copy of the settlement/award check will be forwarded at the time distribution is made to the client. **Client acknowledges that Lowenthal & Abrams will maintain the client's file for at least seven years in an electronic format. Papers received will be scanned and stored in our computers, but the papers themselves will be immediately shredded.**

_____  Date: Sept, 28, 2023
CLARISA McGINNIS on behalf of
RAYMOND McGINNIS

*At LOWENTHAL & ABRAMS we do not charge our clients for office expenses such as telephone calls, copies, postage or mileage.



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

September 5, 2023

LOWENTHAL & ABRAMS, P.C.
GARY SOLOMON, ESQUIRE
555 CITY LINE AVE
SUITE 500
BALA CYNWYD PA  19004

        Re:  Raymond Mcginnis
        CIS #: 002058373
        Incident Date: 04/22/2019

Dear Attorney Solomon:

  The Department of Human Services maintains a claim in the amount of $81,091.61 for the above-referenced incident.

  After attorney fees and costs, the Department agrees to accept 50% of the client's net settlement.  The net payment due is $28,686.34.

  Checks should be made payable to the Department of Human Services and sent to my attention at the address listed below.  We request that with all transmittal of funds, you provide the Department with a copy of the final distribution sheet.

  In the event you have already brought or will bring any action resulting in a further recovery, we reserve the right to seek recovery of any unpaid portion of our medical/cash claim.  This settlement in no way affects our future rights.

  Thank you for your cooperation in this matter.  If you have any further questions, please contact me.

        Sincerely,

        *Scott A. Schneider*

        Scott A. Schneider
        Claims Investigation Agent
        717-409-3741
        717-772-6553 FAX



PLAINTIFF'S EXHIBIT F




# Medicare Secondary Payer Recovery Portal

- **Beneficiary not found based on information provided**

## Case Creation


Print this page

**Quick Help**

Help About This Page

Enter data related to the accident/incident. This information will be validated to ensure the case does not already exist and that the data meets the criteria for creating a case. Once the case is successfully submitted, a case will be created where the beneficiary is the debtor, and the Rights and Responsibilities letter will be generated and mailed. The only entities who will be able to take an action on this case will be the beneficiary and their authorized representatives.

Click **Continue** to proceed. Click **Cancel** to return to the Account List page without submitting the new case.

An asterisk(*) indicates a required field.

*Beneficiary's Medicare ID: [        ]   OR   *Social Security Number(SSN): [197] - [52] - [0602]
*Beneficiary's Last Name: [McGinnis]   (at least first five letters)
*Beneficiary's Date of Birth: [08] / [17] / [1971]   (MM/DD/CCYY)
*Date of Accident/Incident: [04] / [22] / [2019]   (MM/DD/CCYY)

*Insurance Type:

◉ **Liability** (including self-insurance) - coverage that protects the policyholder or self-insured entity against claims based on negligence, inappropriate action, or inaction that results in bodily injury or damage to property. Liability insurance includes, but is not limited to, the following: Homeowners' liability insurance, Automobile liability insurance, Product liability insurance, Malpractice liability insurance, Uninsured motorist liability insurance, and Underinsured motorist liability insurance.

○ **No-Fault** - insurance that pays for health care services resulting from injury to an individual or damage to property in an accident, regardless of who is at fault for causing the accident. No-fault insurance may be found as part of: Automobile insurance policies, Homeowners' insurance policies, Commercial insurance plans, Medical Payments Coverage/Personal Injury Protection/Medical Expense Coverage.

○ **Workers' Compensation** - law or program administered by a state (defined to include commonwealths, territories and possessions of the United States) or the United States to provide compensation to workers for work-related injuries and/or illnesses. The term includes a similar compensation plan established by an employer that is funded by such employer directly or indirectly through an insurer, to provide compensation to a worker of such employer for a work-related injury or illness. Workers' compensation is a law or plan that compensates employees who get sick or injured on the job. Most employees are covered under workers' Compensation plans.

[Continue]   [Cancel]

**PLAINTIFF'S EXHIBIT**

**G**