IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARISA MCGINNIS, as Administratrix of the Estate of RAYMOND MCGINNIS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 3:21-CV-38 |
| ELI PEKICH, JR., et al. | : | |
| | : | Hon. Kim R. Gibson |

**ORDER**

AND NOW, this __6th__ day of __October__, 2023, upon consideration of the Petition of Clarisa McGinnis, as Administratrix of the Estate of Raymond McGinnis for leave to compromise and settle Plaintiff's survival action and to distribute the proceeds, it is hereby ORDERED and DECREED that said petition is GRANTED.

It is FURTHER ORDERED that Petitioner is authorized to enter into a settlement with Defendant in the amount of $140,000, and to distribute the proceeds as follows:

| TO: | LOWENTHAL & ABRAMS, P.C. | $35,960.65 |
| | For Reimbursement of Costs | |
| TO: | LOWENTHAL & ABRAMS, P.C. | $40,353.01 |
| | For Counsel Fee (*reduced from $46,667.67*) | |
| TO: | PENNSYLVANIA DEPT. OF HUMAN SERVICES | $28,686.34 |
| | For Medical Lien (*reduced from $81,091.61*) | |
| TO: | US CLAIMS | $10,000.00 |
| | For Interest in Claim Sold by Decedent (*reduced from $13,940*) | |
| TO: | CLARISA MCGINNIS | $25,000.00 |
| | As Administratrix of The Estate of Raymond McGinnis | |

Petitioner's counsel shall file with the office of Civil Administration within sixty (60) days from the date of this final Order, affidavit from counsel certifying compliance with this Order.

BY THE COURT:

_____
The Honorable Kim R. Gibson