IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARISSA MCGINNIS, as Administratrix of the Estate of RAYMOND MCGINNIS<br><br>v.<br><br>ELI PEKICH, JR., et al. | Civil Action No. 3:21-CV-38<br><br>The Honorable Kim R. Gibson |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, through their respective undersigned counsel, hereby agree and stipulate to dismiss the above-captioned action with prejudice.

| LOWENTHAL & ABRAMS, P.C. | THOMAS, THOMAS & HAFER, LLP |
|---|---|
| */s/ Gary Solomon*<br>Gary Solomon, Esquire<br>gary@lowenthalabrams.com<br>555 City Line Ave, Suite 500<br>Bala Cynwyd, PA 19004<br>(610) 667-7511<br>**Counsel for Plaintiffs** | */s/ Samuel G. Dunlop*<br>Samuel G. Dunlop, Esquire<br>sdunlop@tthlaw.com<br>U.S. Steel Tower<br>600 Grant Street, Suite 2600<br>Pittsburgh, PA 15219<br>(412) 697-7403<br>(412) 697-7403 – Facsimile<br>**Counsel for the Defendants** |

**IT IS SO ORDERED:**

Date: November 7, 2023

_____
The Honorable Kim R. Gibson, United States District Judge